Case 19-20028-GLT    Doc 44    Filed 05/23/19    Entered 05/23/19 14:19:15    Desc Main
Document    Page 1 of 1

FILED
5/23/19 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID W. EWING, | ) | Bankruptcy No. 19-20028-GLT |
| | ) | |
| Debtor. | ) | Chapter 7 |
| ************************************ | ) | |
| DAVID W. EWING, | ) | Hearing Date and Time: |
| | ) | June 6, 2019 at 10:00 A.M. |
| Movant, | ) | |
| | ) | |
| Vs. | ) | Related to Docket No. 34 |
| | ) | |
| CAPITAL ONE BANK NA, | ) | |
| | ) | |
| Respondent. | | |

## ORDER OF COURT

AND NOW, this ___23rd___ day of ___May___, 2019, upon consideration of the Motion to Avoid Lien filed by Debtor David W. Ewing, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is Granted, and that the Judgment Lien of Capital One Bank NA with respect to the Debtor's property at 377 E. Main Street, Fredonia, NY 14063, is voided to the extent that it impairs the Debtor's exemption in the property.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**